# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**A.M.,**

    **Plaintiff,**

                                  Civil Action 2:22-cv-3797
                                  Chief Judge Algenon L. Marbley
    v.                                    Magistrate Judge Elizabeth P. Deavers

**WYNDHAM HOTELS & RESORTS,
INC.,** *et al.***,**

    **Defendants.**

## **ORDER**

This matter is before the Court for consideration of the Response to Show Cause Order. (ECF No. 17.) The Court having reviewed Plaintiff's Response, is of the opinion Plaintiff has shown cause why Plaintiff's claims should not be dismissed for failure to perfect service within the time allowed by Rule 4(m).

    **IT IS SO ORDERED.**

Date: May 11, 2023                                            /s/ *Elizabeth A. Preston Deavers*
                                                                 ELIZABETH A. PRESTON DEAVERS
                                                                 UNITED STATES MAGISTRATE JUDGE