# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| A.M., an individual,<br><br>    Plaintiff,<br><br> v.<br><br>WYNDHAM HOTELS and RESORTS, INC., *et al.*,<br><br>    Defendants. | Case No. 2:22-CV-3797<br><br>Chief Judge Algenon A. Marbley<br><br>Chief Magistrate Judge Elizabeth Deavers |

### STIPULATION TO EXTEND TIME FOR DEFENDANT WYNDHAM HOTELS AND RESORTS, INC. TO MOVE OR PLEAD IN RESPONSE TO COMPLAINT

Pursuant to Local Rule 6.1, Defendant Wyndham Hotels and Resorts, Inc. ("WHRI") and Plaintiff A.M., through their undersigned counsel, hereby stipulate that WHRI's deadline to move or plead in response to Plaintiff's Complaint is extended seventeen days, from May 22, 2023, to June 8, 2023. This is WHRI's first request for stipulated extension of time to move or plead in response to the Complaint, and it does not exceed a total of twenty-one days.

Dated: May 19, 2023

/s/ Steven C. Babin, Jr.
Steven C. Babin, Jr. (009584)
Jennifer J. El-Kadi
Kristina Aiad-Toss
BABIN LAW, LLC
65 E. State Street, Suite 1300
Columbus, Ohio 43215
T: 614.761.8800
steven.babin@babinlaws.com
jennifer.elkadi@babinlaws.com
Kristina.aiad-toss@babinlaws.com

*Counsel for Plaintiff A.M.*

Respectfully submitted,

/s/ Michael R. Reed
Michael R. Reed (0063995)
Elisé K Yarnell (0093996)
HAHN LOESER & PARKS, LLP
65 East State Street, Suite 2500
Columbus, Ohio 43215
T: 614.233.5165
F: 614.221.5909
mreed@hahnlaw.com
eyarnell@hahnlaw.com

David S. Sager
(*pro hac vice* forthcoming)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704

14636191.1

T:  973.520.2550
F:  973.520.2551
david.sager@dlapiper.com

Melissa A. Reinckens
(*pro hac vice* forthcoming)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
T:  619.699.2700
F:  619.699.2701
melissa.reinckens@us.dlapiper.com

Christopher B. Donovan
(*pro hac vice* forthcoming)
DLA PIPER LLP (US)
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
T:  713.425.8449
F:  713.425.6040
christopher.b.donovan@us.dlapiper.com

*Counsel for Defendant*
*Wyndham Hotels & Resorts, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all attorneys of record.

/s/  Elisé K Yarnell

14636191.1