**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

A.M.,

        **Plaintiff,**

    **v.**

WYNDHAM HOTELS &
RESORTS, INC., *et al.*,

        **Defendants.**

**Case No. 2:22-cv-3797**

**District Judge Algenon L. Marbley**

**Magistrate Judge Kimberly A. Jolson**

## ORDER

Before the Court is the Second Joint Status Report on the Motion for Protective Order (Doc. 111), updating the Court on the parties' efforts to resolve several deposition issues, filed pursuant to the Court's April 30, 2026 Order (Doc. 153). (Doc. 154). In it, the parties indicate they have substantially resolved their issues regarding the number and type of depositions. (*Id.*). Accordingly, the Court **DENIES without prejudice** the Motion for Protective Order (Doc. 111).

To ensure this case moves forward efficiently, the Court sets the following schedule for the remaining depositions. The deadline for fact discovery otherwise remains as June 1, 2026.

- The parties must complete all Rule 30(b)(6) depositions on or before July 31, 2026.
- The parties must complete the deposition of Mike Murphy on or before July 31, 2026.
- Plaintiff must identify any further depositions she seeks within two weeks of completing the Rule 30(b)(6) depositions.

IT IS SO ORDERED.

Date: May 13, 2026

        *s/Kimberly A. Jolson*
        KIMBERLY A. JOLSON
        UNITED STATES MAGISTRATE JUDGE